# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK ADAMS, | Case No. 2:16-cv-09360-AB-JEM |
| Plaintiff, | *Hon. André Birotte Jr.* |
| v. | [PROPOSED] ORDER RE STIPULATION OF DISMISSAL |
| DEDRICK DENEL DAVIS, an individual; RUAN LOGISTICS CORPORATION, an Iowa Corporation; and DOES 1 to 10, inclusive, | [Filed concurrently with Stipulation] |
| Defendants. | |
| _____/ | |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: September 18, 2018

_____
Hon. André Birotte Jr.
United States District Court Judge

SNYDER LAW, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL